1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLEAVE McCLOUD,                           1:05-CV-0886 REC WMW P

12
                    Plaintiff,
13
            vs.
14
     R. BELTRAN, et al.,
15
                    Defendants.                ORDER TRANSFERRING CASE
16   _____/

17          Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42

18   U.S.C.  § 1983.

19          The federal venue statute requires that a civil action, other than one based on diversity

20   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

21   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

22   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

23   is situated, or (3) a judicial district in which any defendant may be found, if there is no district in

24   which the action may otherwise be brought." 28 U.S.C.  §  1391(b).

25          In this case, none of  the defendants reside in  this district.  The claim arose in Los Angeles

26   County, which is in the Central District of California.  Therefore, plaintiff's claim should have been

27   filed in the United States District Court for the Central District of California.  In the interest of

28   justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See

                                          1

1   28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

2         Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

3   District Court for the Central District of California.

4   IT IS SO ORDERED.

5   **Dated:    July 26, 2005**              _____/s/  **William M. Wunderlich**_____
    j14hj0                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28